# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129759

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                           SC: 129759
                                           COA: 265075
                                           Oakland CC: 95-142973-FH

MOHAMED A. MUSLEH,
            Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 30, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

p1219